UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

GRANDE VOITURE D'OHIO LA SOCIET
DES 40 HOMMES ET 8 CHEVAUX,

    Plaintiff,

vs.

CHARLES J. SIMPSON, *et al.*,

    Defendants,

vs.

FRANK W. KRONEN, *et al.*,

    Third-Party Defendants.

Case No. 3:24-cv-148

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

**ORDER DENYING DEFENDANTS' MOTION FOR NEW TRIAL AND MOTION TO ALTER AND AMEND JUDGMENT (Doc. No. 13)**

For the reasons set forth in the Court's prior Order (Doc. No. 12), Defendants' motion for new trial and motion to alter and amend judgment (Doc. No. 13) is **DENIED**.

**IT IS SO ORDERED.**

  August 15, 2024                          s/*Michael J. Newman*
                                                               Hon. Michael J. Newman
                                                               United States District Judge